FILED
January 26, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE THIRD COURT OF APPEALS
FOR THE STATE OF TEXAS

ISAAC BENAVIDEZ

V.                                                    NO. 03-14-00494-CR

THE STATE OF TEXAS

## APPELLANT'S MOTION FOR *PRO SE* ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Isaac Benavidez, and files this his Motion for *Pro Se* Access to the Appellate Record and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. Isaac Benavidez, Cause Number 15,265 in the 21st Judicial District Court of Bastrop County, Texas. Appellant's appointed counsel has filed a motion to withdraw and brief in support of the motion, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

### II.

The undersigned Appellant wishes to exercise his right to review the appellate record in preparing to file a *pro se* response to the *Anders* brief that court-appointed counsel has filed in this case. By filing this motion, the undersigned Appellant asks this Court to provide him with free, *pre se* access to the appellate record. See *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *3 (Tex.Crim.App. June 25, 2014)(designated for publication)

RECEIVED
JAN 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## III.

The undersigned Appellant is presently incarcerated and lacks access to a computer. For that reason, he respectfully requests that a paper copy of the appellate record be provided to him

## IV.

This motion is addressed to the Court of Appeals, Third District of Texas, P.O. Box 12547, Austin, Texas 78711-2547. This motion was delivered to the Third Court of Appeals for the State of Texas by U.S. Mail on this the _30TH_ day of _JANUARY_, 2015.

Respectfully Submitted,

Isaac Benavidez

ISAAC BENAVIDEZ #1795392
STILES 3060 FM 3514
BEAUMONT, TX 77705

LEGAL MAIL

78711254747

NORTH HOUSTON TX 773

22 JAN 2015 PM 4 L

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547
AUSTIN, TX 78711-2547